FILED

2018 JUN -4 PM 4:25

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18 cr 265 T24 MAP
18 U.S.C. § 1957

KONRAD GUZEWICZ

## INFORMATION

The United States Attorney charges:

## COUNTS ONE THROUGH FOUR

### A. Introduction

At times relevant to this Information:

1. Defendant KONRAD GUZEWICZ was a resident of the Middle District of Florida who owned and operated Pinellas County businesses known as Onyx Automotive and AK Tire and Rims with his wife, A.W. GUZEWICZ maintained and controlled bank accounts associated with these businesses, including Bank of America accounts ending in 7106 and 9813, as well as personal accounts at Pinellas Federal Credit Union ending in 1670 and Suncoast Federal Credit Union ending in 2798.

### B. Transactions

2. On or about the dates set forth below, in the Middle District of Florida and elsewhere, the defendant,

KONRAD GUZEWICZ,

did knowingly engage and attempt to engage in the monetary transactions described below, and aided and abetted others in engaging in the monetary transactions described below, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, which property was, in fact, derived from specified unlawful activity, that is, conspiracy, possession with intent to distribute, and distribution of controlled substances, in violation of 21 U.S.C. §§ 846 and 841, specifically:

| COUNT | DATE | AMOUNT | MONETARY TRANSACTION |
|---|---|---|---|
| ONE | June 18, 2015 | $30,000 | Official check number 0000360763 payable to Dion Fisher from Defendant and AW drawn on Pinellas County Federal Credit Union and deposited in Dion Fisher Hancock Bank account ending in 9814 |
| TWO | July 15 , 2015 | $30,000 | Check number 1743 from Onyx Automotive Bank of America account ending in 7106 written to Dion Fisher, with "Loan" in memo line, deposited in Dion Fisher Hancock Bank account ending in 9814 |

| COUNT | DATE | AMOUNT | MONETARY TRANSACTION |
|---|---|---|---|
| **THREE** | July 24, 2015 | $30,000 | Check number 5730 from AK Tire & Rims LLC Bank of America account ending in 9813 written to Dion Fisher, with "Loan Payment" in memo line, deposited in Dion Fisher Hancock Bank account ending in 9814 |
| **FOUR** | August 24, 2015 | $30,000 | Check number 1008 from Defendant and AW Suncoast Credit Union account ending in 2798 written to Dion Fisher, with "Loan Payment" in memo line, deposited in Dion Fisher Hancock Bank account ending in 9814 |

In violation of 18 U.S.C. §§ 1957 and 2.

## FORFEITURE

1. The allegations contained in Counts One through Four of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(1).

2. Upon conviction of a violation of, or a conspiracy to violate, 18 U.S.C. § 1957, the defendant,

KONRAD GUZEWICZ,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense and any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of $120,000, which represents the amount involved in the offenses.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

MARIA CHAPA LOPEZ
United States Attorney

By: ______________________________
Kelley C. Howard-Allen
Assistant United States Attorney

By: ______________________________
Greg Pizzo
Assistant United States Attorney

By: ______________________________
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section

*T:_Cases\Criminal Cases\G\GUZEWICZ, Konrad_2018R01162_GDP\p_Information as to Konrad Guzwisz-Final.docx*