***UNITED STATES DISTRICT COURT***
***MIDDLE DISTRICT OF FLORIDA***
***TAMPA DIVISION***

Case No.: 8:18-cr-265-T-24CPT

Date: July 2, 2019

U.S.A. v. Konrad Guzewicz

**HONORABLE SUSAN C. BUCKLEW**

Interpreter: n/a

Court Reporter: Sharon Miller

Courtroom Deputy: Susan Saylor

Attorney(s) for Government:
Maria Guzman for Kelley Howard-Allen

Attorney(s) for Defendant:
Mark O'Brien, Ret.

Time: 9:09 - 10:46 = 1.37

## CRIMINAL MINUTES - EVIDENTIARY SENTENCING REFORM ACT SENTENCING

X__ Deft sworn.

USPO: Derek Byrdsong

X__ Defendant is adjudged guilty on Counts **1 - 4** of the Information (plea agreement).

X__ Imprisonment: **15 Months** as to Counts 1 - 4 all such terms to run concurrently.

X__ The Court makes the following recommendations to the Bureau of Prisons:
(X ) Confinement at FCI Coleman.

X__ Supervised Release: **3 Years** as to Counts 1-4 all such terms to run concurrently.

X__ Fine is **waived**

X__ Special Assessment: $400.00 (X) To be paid immediately.

X__ Special conditions of ( ) probation (X ) supervised release:

X__ Defendant shall participate, as directed by the Probation Officer, in a substance abuse program (outpatient and/or inpatient) and follow the Probation Officers instructions regarding the implementation of this court directive. Further, you shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program you are directed to submit to testing for the detection of substance use or abuse not to exceed 104 tests per year.

X__ Defendant shall participate as directed in a program of mental health treatment if necessary (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

X__ The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

X__ The defendant shall provide the probation officer access to any requested financial information.

X__ The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any major purchases without approval of the Probation Officer.

X__ Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

X__ Defendant to surrender to the designated institution as notified by the US Marshal.

X__ Defendant advised of right to appeal and to counsel on appeal.

X__ Defendant on the record informs the Court that he is satisfied with the representation of his attorney.

X__ Government's motion (Doc. 41) for downward departure is GRANTED. Court departs_4_ levels.

X__ Defendant's Oral request for downward variance is GRANTED by the Court. (2 levels)

X__ Forfeiture ordered by the Court. Forfeiture order entered on 7/26/18 Dkt 23 is made a part of the Judgment.

Deft calls witness: Martin Enterlin (Sworn & testified)

Total Offense Level: 20 14
Criminal History Category: I I
Imprisonment Range: 33 - 41 months 15 - 21
Supervised Release Range: 1 - 3 years
Restitution: n/a
Fine Range: $15,000 to $150,000
Special Assessment: $400

X__ Defendant is found indigent for purposes of appeal.